RECEIVED
DEC 3 0 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| VIKTOR PAVLOVICH MYTYUK | CIVIL ACTION NO. 08-1338 |
| VERSUS | JUDGE DOHERTY |
| WARDEN J.P. YOUNG | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Rec. Doc. 14], and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that this *habeas corpus* petition be DENIED and DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that plaintiff's Motion for Discovery [Rec. Doc. 15] is DENIED.

IT IS FURTHER ORDERED plaintiff's "Petition" (entitled "Motion for Immediate Release" on the docket sheet) [Rec. Doc. 16] is DENIED for the reasons stated in the Magistrate Judge's Report and Recommendation [Rec. Doc. 14].

THUS DONE AND SIGNED in Chambers, in Lafayette, Louisiana this 30 day of December, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE